699 A.2d 697

IN THE MATTER OF THOMAS R. HILBERTH,
AN ATTORNEY AT LAW.

September 25, 1997.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **THOMAS R. HILBERTH** of **CLIFTON**, who was admitted to the bar of this State in 1969, and who was

suspended from the practice of law for a period of three months by Order of this Court dated June 2, 1997, be restored to the practice of law, effective immediately.